Case 1:24-cv-00361-MLG-LF   Document 169   Filed 11/12/25   Page 1 of 1


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | Case No. 1:24-md-03119-MLG-LF |

This Order Relates to All Cases

## ORDER VACATING NOVEMBER 18, 2025 STATUS CONFERENCE

The Parties state in their November 2025 Joint Status Report that "[t]here are no outstanding issues on which [they] are at impasse[,]" and the Court expects on November 18 to be conducting a criminal trial. Doc. 271 at 3. This month's status conference is thus vacated.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1